UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                          Chapter 13

Deborah Bailey

                                          Case No. 20-40102-nhl

                      Debtor.
-----------------------------------------------------------X

## **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED**

WHEREAS, on January 7, 2020, Deborah Bailey (the "Debtor") filed a voluntary petition for relief under chapter 13 of the Bankruptcy Code; and

WHEREAS, on February 13, 2020, the Court issued a Final Notice of Section 521 Deficiencies; and

WHEREAS, to date, the Debtor has failed to cure all deficiencies; therefore, it is hereby

**ORDERED**, that the **Debtor and Debtor's counsel, Alice A. Nicholson, Esq,** appear and show cause at a hearing before the Honorable Nancy Hershey Lord on **April 1, 2020 at 9:30 a.m.** in Courtroom 3577, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, as to why this case should not be dismissed for failure to file schedules under 11 U.S.C. § 521(i); and it is further

**ORDERED**, that the Clerk's Office serve a copy of this Order upon the Debtor, Debtor's counsel, the chapter 13 trustee, and the Office of the United States Trustee.



Dated: March 4, 2020
       Brooklyn, New York

                                                                          **Nancy Hershey Lord**
                                                                           **United States Bankruptcy Judge**