Office of the Standing Chapter 13 Trustee
Marianne DeRosa
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
516-622-1340 Telephone

Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

    Re:    Deborah Bailey
           Chapter 13 Case No.: 20-40102-nhl

Dear Honorable Nancy Hershey Lord:

    Please allow this letter to serve as notice that the Hearing on Confirmation currently scheduled for March 18, 2020 at 9:30am is adjourned to **May 13, 2020 at 9:30am**.

    Should Your Honor have any questions or concerns, please do not hesitate to contact the undersigned.

           Very truly yours,

           /s/ Hanin R. Shadood
           Hanin R. Shadood, Staff Attorney for
           Marianne DeRosa, Chapter 13 Trustee

cc:  Alice A. Nicholson - Counsel to Debtor (via Email and ECF)